COM.

v.

SANCHEZ, E.

1035 EDA 2016

Superior Court of Pennsylvania.

08/15/2017

CP–51–CR–0005519–2014
(Philadelphia)

Affirmed

COM.

v.

JAVA, T.

1967 EDA 2016

Superior Court of Pennsylvania.

08/15/2017

CP–23–CR–0000279–2010
(Delaware)

Affirmed

COM.

v.

BRANCH, L.

1947 EDA 2016

Superior Court of Pennsylvania.

08/15/2017

CP–46–CR–0008466–2015
(Montgomery)

Quashed

COM.

v.

BELLAMY, W.

2276 EDA 2016

Superior Court of Pennsylvania.

08/15/2017

CP–51–CR–0602352–1993
(Philadelphia)

Affirmed–Application to Withdraw as Counsel Granted